**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 01-5 Erie |
| | ) |
| CHARMAINE LEANICE SIMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, this 10th day of July, 2008, upon consideration of the Petition on Supervised Release [Doc. No. 26], IT IS HEREBY ORDERED that Defendant appear before the undersigned with counsel on **Wednesday, August 6, 2008 at 2:30 p.m.** in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, Pennsylvania, to show cause why supervision should not be revoked.

s/ Sean J. McLaughlin
United States District Judge

cc:   All parties of record.
      U.S. Marshal Service
      Probation