**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **01-5 Erie** |
| | : | |
| **CHARMAINE LEANICE SIMS** | : | |

## MOTION TO WITHDRAW

**AND NOW,** comes the Petitioner, CHARBEL G. LATOUF, ESQUIRE, counsel for the above-captioned defendant, and files the following Motion to Withdraw, and in support thereof, states the following:

1. The defendant was initially indicted on February 13, 2001 for one count of Possession With Intent to Distribute Cocaine.

2. The Petitioner was retained to represent the defendant through the plea process and sentencing.

3. On or about July 9, 2008 the United States Probation Department filed a Petition revoking her probationary status.

4. A hearing is currently scheduled before the Honorable Sean McLaughlin on or about August 6, 2008 at 2:30 pm.

5. The defendant, Charmaine Leanice Sims, needs the assistance of the Federal Public Defender's Office and has requested that undersigned counsel formally withdraw from the above-captioned case so that she can proceed with legal counsel by and through the Federal Public Defender's Office.

**WHEREFORE,** Petitioner, Charbel G. Latouf, Esquire, respectfully requests this Honorable Court grant him leave to withdraw as counsel from the above-captioned case.

Respectfully submitted,

**RIDGE and McLAUGHLIN**


BY:     s/Charbel G. Latouf, Esquire
        Charbel G. Latouf, Esquire
        246 West Tenth Street
        Erie, Pennsylvania 16501
        (814) 454-4555

Attorney for the Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | 01-5 Erie |
| | : | |
| **CHARMAINE LEANICE SIMS** | : | |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Withdraw was served this date via electronic filing upon the following individuals, in accordance with Rules of this Court:

United States Attorney
17 South Park Row, Room A-330
Erie, Pennsylvania 16501

Charmaine Leanice Sims
1102 Marne Road
Erie, Pennsylvania 16511

David J. Conde
United States Probation
17 South Park Row, Room A-110
Erie, Pennsylvania 16501

**RIDGE & MCLAUGHLIN**

By:   Charbel G. Latouf, Esquire
   Charbel G. Latouf, Esquire
   246 West Tenth Street
   Erie, PA 16501
   (814) 454-4555

Dated: July 14, 2008