**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **01-5 Erie** |
| | : | |
| **CHARMAINE LEANICE SIMS** | : | |

## ORDER OF COURT

**AND NOW,** to-wit, this _____ day of July, 2008, upon consideration of the foregoing Motion, it is hereby ORDERED, ADJUDGED and DECREED that Charbel G. Latouf, Esquire, is granted leave to withdraw as counsel in the above-captioned case.

BY ORDER OF COURT:

_____
J.