IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
            v.              )  Criminal No. 01-5 Erie
                            )
CHARMAINE LEANICE SIMS       )
a/k/a Chocolate             )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

**AND NOW**, this <u>29th</u> day of July, 2008, the Court, being satisfied that the above-named defendant is financially unable to obtain counsel, and said defendant not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this supervised release revocation action.

PRIMARY COUNSEL:    Thomas W. Patton
                    Assistant Federal Public Defender
                    PA State ID #88653


                    s/Susan Paradise Baxter
                    SUSAN PARADISE BAXTER
                    Chief United States Magistrate Judge