MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

____USA____ )
_____ )
_____ )
  Plaintiffs, )
           )
Vs.        ) Case No. __CR 01-5E__
___Sims____ )
_____ )
  Defendants. )

HEARING ON __Show Cause__

Before Judge _____

Held on __8-6-08__

__M. Piccinini__        __Tom Patton__
_____            _____
Appear for Plaintiff    Appear for Defendant

Hearing begun __2:30 p.m.__     Hearing adjourned to _____
Hearing concluded C.A.V. __2:36 p.m.__ Stenographer __Ron Bench__
                                       Clerk _____

WITNESSES:

Supervised Release Revoked
2 Days Imprisonment - Time Served
2 Years Supervised Release
Home Detention - 180 Days
commence within 30 Days